**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Quintay Liner,

Plaintiff(s),

v.

Fremont Street Experience, LLC,

Defendant(s).

Case No. 2:26-cv-03351-APG-NJK

**Order**

[Docket No. 1]

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1.[1]

The application is not submitted on this Court's approved application form. *Id.* Instead, Plaintiff used what appears to be a form used in state court. *Id.*

Accordingly, the application to proceed *in forma pauperis* is **DENIED** without prejudice. No later than November 5, 2026, Plaintiff must either pay the filing fee or file an amended application to proceed *in forma pauperis*. The Clerk's Office is **INSTRUCTED** to send Plaintiff a blank application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: October 16, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court liberally construes the filings of *pro se* litigants. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).