**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Qunitay Liner,

Plaintiff,

v.

Fremont Street Experience, LLC,

Defendant.

Case No. 2:26-cv-03351-APG-NJK

**Order**

[Docket No. 9]

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 9.[1] The application is incomplete. Plaintiff fails to sign the application. *Id.* at 1. Further, pages 2, 3, and 5 are missing from the application. *See, generally, id.* Plaintiff also fails to identify the average monthly expenses spent on rent or home-mortgage payments. *See id.* at 2.

Accordingly, Plaintiff's application to proceed *in forma pauperis*, Docket No. 9, is **DENIED** without prejudice. No later than **November 27, 2026**, Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*, with complete financial information; or (2) pay the $405 fee for filing a civil action. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

IT IS SO ORDERED.

Dated: November 6, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court liberally construes the filings of *pro se* litigants. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).